## Silverman, Appellant, *v.* Biancone.

Argued December 10, 1971. *Irwin Kins*, with him *Charles H. Weidner*, and *Stevens & Lee*, for appellant; *David M. Kozloff*, with him *James W. Stoudt*, and *Rhoda, Stoudt & Bradley*, for appellees.

Judgment affirmed.

## Smith *v.* Harper, Appellant.

Argued December 8, 1971. *John J. Baulis*, with him *James J. McEldrew*, for appellant; *Wilbur Greenberg*, for appellees.

Order affirmed.

## Thebes *v.* Thebes, Appellant.

Argued December 9, 1971. *Bruce A. Grove, Jr.*, with him *Petrina, Skarlatos & Grove*, for appellant; *Charles E. Friedman*, with him *Bruce E. Cooper*, and *Cooper, Friedman & Friedman*, for appellee.

Order affirmed.